IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELI BARROLLE ET AL.            : | |
| : | CIVIL ACTION |
| v.                             : | |
| : | NO. 11-4518 |
| THE LIBERIAN SPORTS ASSOCIATION : | |
| OF PENNSYLVANIA ET AL.         : | |

### ORDER

**AND NOW**, this   22nd    day of   July         , 2011, upon consideration of Plaintiffs' Motion for Preliminary Injunction and Restraining Order (ECF No. 2), and all documents submitted in support thereof and in opposition thereto, and after hearing in open court, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:


/**s**/ *R. Barclay Surrick*
**U.S. District Judge**